IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA A. PALMER                                                                                    PLAINTIFF

v.                            Civil No. 07-2132

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                     DEFENDANT

## ORDER

Now on this 23rd day of June 2009, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Also before the Court is Plaintiff's Objection to Report and Recommendations (Doc. 14).

The Court has reviewed this case, *de novo*, and finds that the Report and Recommendation (Doc. 13) filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on June 2, 2009, should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $3,155.66 representing 20.18 hours of work at a rate of $156.00 per hour and $7.58 in expenses. Further, this award should be paid directly to Plaintiff's counsel. *Ratliff v. Astrue*, 540 F.3d 800, 802 (8th Cir. 2008).

This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)